BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS
Senior Litigation Counsel
JAMES C. GRAULICH
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-0246
Email: james.c.graulich@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Olena Kolesnyk, | Case No. 2:24-cv-00813-JCM-MDC |
| Plaintiff, | **Joint Stipulation to Stay Case** |
| v. | |
| Merrick B. Garland, Attorney General of the United States; Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security; Ur M. Jaddou, Director, U.S. Citizenship and Immigration Services, | |
| Defendants. | |

Plaintiff Olena Kolesnyk and Defendants Merrick B. Garland, U.S. Attorney General, Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security, and Ur M. Jaddou, Director of U.S. Citizenship and Immigration Services ("Defendants"), hereby stipulate to stay this case, as follows:

Plaintiff filed her Complaint on April 29, 2024, and served the United States Attorney's Office for the District of Nevada with a copy of the Summons and Complaint on May 28, 2024.

The current deadline for Defendants to respond to the Plaintiff's Complaint is on July 29, 2024.

The United States Citizenship and Immigration Services ("USCIS") will be reopening Plaintiff's EB-1 visa petition for reconsideration. Once the visa petition is reopened, there will no longer be final agency action. USCIS, within 60 days of reopening, intends to issue a Request for Evidence ("RFE") or Notice of Intent to Deny ("NOID") and allow Plaintiff adequate time to respond. The parties agree that a stay would preserve the resources of the Court and the parties agree to stay this case for 180 days from the date of this stipulation.

Accordingly, the parties hereby request that this matter be stayed until January 20, 2025, to allow the agency the necessary time to adjudicate Plaintiff's application after reopening, issuing a RFE or NOID, allowing Plaintiff time to respond to a RFE or NOID, and adjudicating based on the additional evidence. Additionally, the parties will provide a status report on January 20, 2025, if the case is not adjudicated by this date, and request that the Court extend the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint to February 19, 2025.

Respectfully submitted this 24th day of July 2024.

/s/ Johanna M Keamy
Johanna M. Keamy, Esq.
Keamy, Tavares, and Associates, APLC
12636 High Bluff Dr., Ste 400,
San Diego, CA 92103
Tel: (858) 284-9595
Email: jkeamy@keamytavares.com
Attorney for Plaintiff

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS
Senior Litigation Counsel

/s/ James C. Graulich
JAMES C. GRAULICH
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-District Court Section
P.O. Box 868, Ben Franklin Station

Washington, DC 20044
Tel: (202) 598-0246
Email: james.c.graulich@usdoj.gov
Attorneys for Defendants

**IT IS SO ORDERED:**

*/s/ James C. Mahan*

**UNITED STATES DISTRICT JUDGE**

**DATED:** July 29, 2024